JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRUCE LERNER, | Case No. CV 15-4287 FMO (JPRx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| WINDSTREAM COMMUNICATIONS, INC., et al., | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned case is dismissed without prejudice. The parties shall bear their own fees and costs.

Dated this 16th day of May, 2016.

/s/
Fernando M. Olguin
United States District Judge